IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

STEVE L. PFEFFER,

                      Plaintiff,

   v.                                    1:04-cv-605-WSD

UNITED PARCEL SERVICE, INC.,

                      Defendant.

**ORDER**

This matter is before the Court on its March 14, 2005 Order [17], in which the parties were directed to submit the Joint Certificate of Interested Persons and the Joint Preliminary Report and Discovery Plan within ten (10) days of the date of entry of the Order.

Plaintiff filed the Complaint in this matter on March 4, 2004. (Compl. [1].) The Court dismissed the case on October 5, 2004, pursuant to Local Rule 41.2, for want of prosecution. (Oct. 5, 2004 Order [4].) Plaintiff filed a Motion to Reinstate the case [7], and on January 6, 2005, the Court granted Plaintiff's motion to reinstate, despite finding "Plaintiff's excuse for failing to comply with the Court's rules inadequate at best." (Jan. 6, 2005 Order [8].) The Court advised Plaintiff "he

will be held to the strictest standards of compliance with the rules of this Court." (Id.)

On March 2, 2005, Defendant United Parcel Service, Inc., submitted unilateral filings [14, 15], ". . . because UPS has not been able to secure Plaintiff's participation in the Rule 26(f) conference despite its good faith efforts to contact Plaintiff's counsel regarding same." (Def.'s Prelim. Planning Report & Scheduling Order.)  On March 14, 2005, the Court directed the parties to file joint pleadings by March 28, 2005, and stated:  "Failure to comply with this order will result in the dismissal of this action pursuant to Local Rule 41.3(A)(2)."  (Mar. 14, 2005 Order.)

The parties have not submitted the Joint Certificate of Interested Persons and the Joint Preliminary Report and Discovery Plan.  Accordingly, this case is hereby **DISMISSED** without prejudice pursuant to Local Rule 41.3(A)(2).

**SO ORDERED**, this 19th day of May, 2005.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE